### MAYER v. HORENBURGER.

(Supreme Court, Appellate Term. June 23, 1904.)

1. APPEAL—REVIEW OF FACTS—CERTIFICATE.

On appeal to the Appellate Term from a judgment of the City Court, the facts cannot be reviewed where there is no certificate that the case contains all the evidence.

Appeal from City Court of New York, Trial Term.

Action by Henry Mayer, Jr., against Emma Horenburger. From a judgment for plaintiff, defendant appeals. Affirmed.

Argued before FREEDMAN, P. J., and MacLEAN and SCOTT, JJ.

Arthur J. Westermayr, for appellant.
Kronfeld & Harris, for respondent.

PER CURIAM. There is no certificate that the case contains all the evidence. We cannot, therefore, review the facts. The exceptions to the admission and rejection of evidence present no question requiring a reversal of the judgment.

Judgment affirmed, with costs.